UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.  Criminal No. 1:19CR41

TERESA MILLER,

      **Defendant.**

## DISMISSAL

Now comes the United States of America and William Ihlenfeld, United States Attorney for the Northern District of West Virginia and Zelda E. Wesley, Assistant United States Attorney, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, hereby dismisses the Indictment against the defendant, Teresa Miller, in light of the fourth circuit decision vacating her conviction and sentence.

    Respectfully submitted,
    WILLIAM IHLENFELD
    UNITED STATES ATTORNEY

By:   /s/ Zelda E. Wesley
       Zelda E. Wesley
       Assistant United States Attorney

Leave of Court is granted for the foregoing Dismissal.

DATE: January 13, 2023

_____
UNITED STATES DISTRICT JUDGE